624

THE POLICE COMMISSION OF THE CITY OF HELENA ET AL., RELATORS, *v.* THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF LEWIS AND CLARK, AND THE HONORABLE VICTOR H. FALL, JUDGE OF SAID COURT, RESPONDENTS.

No. 10828.
Decided July 21, 1964.
394 P.2d 252.

Michael G. Chilton, Helena, for relators.

PER CURIAM.

The application for Alternative Writ of Prohibition in the above-entitled cause is hereby denied.